UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

WEPOWER TECHNOLOGIES, LLC,

                           Plaintiff,                                    **ORDER**

           -against-                                       22 Civ. 3364 (NSR) (AEK)

DAVID DEAK, *et al.*,

                           Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      At the June 20, 2023 conference, the parties agreed that Defendant Dr. David Deak will provide his electronic devices containing discoverable information to Plaintiff's counsel for forensic imaging. In connection with that agreement, the Court set the following deadlines:

- By June 22, 2023 at noon, Defendants are to provide Plaintiff with information concerning the devices that Dr. Deak will provide for forensic imaging. This information shall include, but is not limited to, the types of devices, the amount of memory on each device, and how much memory is currently being used by each device. Also by this time, Defendants' counsel must provide Plaintiff with a list of search terms to screen out potentially privileged information (*i.e.*, attorney names, law firm URLs, and client file numbers).

- By no later than June 26, 2023 at noon, Defendants are to provide the identified electronic devices to Plaintiff's counsel at counsel's New York City office at 919 Third Avenue, New York, NY 10022, or at a different location mutually agreed upon by the parties.

- By June 27, 2023, Plaintiff is to alert the Court if Defendants have failed to comply with this order.

                                                     \* \* \* \* \* \* \* \* \* \*

      Additionally, by June 21, 2023, Defendants are to serve Plaintiff with their revised responses and objections to Plaintiff's document demands, and must file a letter via ECF confirming that they have done so. **No further extensions will be granted for this deadline**. If

Defendants fail to meet this deadline, the Court will allow Plaintiff to renew its request for sanctions pursuant to Rule 37(b)(2)(C).

Dated: June 20, 2023
      White Plains, New York

                                            **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge