```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

WEPOWER TECHNOLOGIES LLC,

                Plaintiff,                      **ORDER**

      - against -                  22 Civ. 3364 (NSR)

DAVID DEAK and GENEREN LLC,

                Defendants.

---------------------------------------------------------------X

Román, D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is

        ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

        The Plaintiff's motion to dismiss Defendants' counterclaims is DENIED as moot. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 19. The Case Management Conference scheduled for December 7, 2023 before the Hon. Nelson S. Román is cancelled as moot.

SO ORDERED.

Dated:    September 11, 2023
           White Plains, New York

                                                            Nelson S. Román, U.S.D.J.